lmv

8

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
OCT 15 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

ARMANDO RAMOS     *
                  *
     VS             *    C.A. B97 217
                  *
GARY L. JOHNSON     *

## O R D E R

Before this Court is Petitioner's Motion for Enlargement of Time to Respond to Respondent's Motion for Summary Judgment. Upon consideration, it is this Court's opinion that Petitioner's Motion should be granted.

It is therefore **ORDERED** that Petitioner shall be allowed to file his response to the pending Motion for Summary Judgment until December 15, 1998.

DONE at Brownsville, Texas, this 14th day of October, 1998.

                             John Wm. Black
                          United States Magistrate Judge