14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 24 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| ARMANDO RAMOS § | |
| Petitioner § | |
| § | |
| v. § | |
| § | CIVIL ACTION NO. B-97-217 |
| GARY L. JOHNSON, DIRECTOR, § | |
| TEXAS DEPARTMENT OF CRIMINAL § | |
| JUSTICE, INSTITUTIONAL DIVISION, § | |
| Respondent § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation should be **ADOPTED** and Respondent's Motion for Summary Judgment be **GRANTED**.

Accordingly, all pending motions are hereby **DISMISSED**.

DONE this 20th day of August, 1999 in Brownsville, Texas.

Filemon B. Vela
United States District Judge