21

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
DEC 23 1999
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| **ARMANDO RAMOS** | § § | |
| vs. | § § | Civil No. B-97-217 |
| **GARY L. JOHNSON** | § § | |

# FINAL JUDGMENT

On the 24th day of August, 1999 this Court adopted the Magistrate Judge's Report and Recommendation and ordered that the Respondent's Motion for Summary Judgment be granted. Because of that order, it hereby stands that Petitioner's above referenced cause of action and his Writ of Habeas Corpus are hereby **DISMISSED**.

DONE this 22nd day of December, 1999 in Brownsville, Texas.

Filemon B. Vela
United States District Judge