22

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 23 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| **ARMANDO RAMOS** | § § | |
| vs. | § § § | Civil No. B-97-217 |
| **GARY L. JOHNSON** | § | |

## ORDER

Before this Court is Petitioner/Appellant's Motion for Court to Enter a Final Judgment. On this day, a Final Judgment was signed by this Court rendering said motion **MOOT**.

**SO ORDERED.**

DONE this _22nd_ day of December, 1999 in Brownsville, Texas.

Filemon B. Vela
United States District Judge