23

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 23 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| **ARMANDO RAMOS** | § § | |
| vs. | § | Civil No. B-97-217 |
| **GARY L. JOHNSON** | § § | |

## ORDER

Pursuant to the decision of the United States Court of Appeals for the Fifth Circuit issued on the 3rd day of November 1999, dismissing Petitioner's Appeal, Petitioner's Request for Certificate of Appealability [16-1], Notice of Appeal [15-1] and Motion for Leave to Appeal in Forma Pauperis [17-1] are all hereby **DISMISSED as MOOT**.

**SO ORDERED**.

DONE this 22nd day of December, 1999 in Brownsville, Texas.

Filemon B. Vela
United States District Judge