24

# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **ARMANDO RAMOS** | § § | |
| vs. | § § | Civil No. B-97-217 |
| **GARY L. JOHNSON** | § § | |

United States District Court
Southern District of Texas
**ENTERED**

**DEC 2 3 1999**

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER DENYING PETITIONER'S SUPPLEMENTAL REQUEST FOR CERTIFICATE OF APPEALABILITY

Before this Court is Petitioner's Supplemental Request for Certificate of Appealability. Said request is filed to supplement the original request for a certificate of appealability filed prior to the dismissal of Petitioner's appeal by the Fifth Circuit Court of Appeals. Although this Court dismissed the original request for a certificate of appealability based on the fact that the appeal itself had been dismissed, petitioner has not made a substantial showing of the denial of a constitutional right.

It is therefore **ORDERED, ADJUDGED and DECREED** that Petitioner's Request for a Certificate of Appealability is hereby **DENIED.**

DONE this _22nd_ day of December, 1999 in Brownsville, Texas.

Filemon B. Vela
United States District Judge