31

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 16 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ARMANDO RAMOS, | § | |
|     Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-97-217 |
| | § | |
| GARY JOHNSON, Director, | § | |
|     TDCJ, Respondent. | § | |

## ORDER

Pending before this Court is Petitioner's Motion to Proceed In Forma Pauperis. (Docket No. 28). After considering said motion, the Court is of the opinion that Petitioner will be allowed to proceed in forma pauperis.

DONE at Brownsville, Texas on May 16, 2000.

                                                    John Wm. Black
                                                  United States Magistrate Judge

ClibPDF - www.fastio.com