IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

U. S. COURT OF APPEALS
FILED
MAR 7 2001
CHARLES R. FULBRUGE III
CLERK

No. 00-40160
USDC No. B-97-CV-217

United States District Court
Southern District of Texas
FILED
MAR 1 2 2001
Michael N. Milby
Clerk of Court

ARMANDO RAMOS,

　　　　　　　Petitioner-Appellant,

versus

GARY L JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION,

　　　　　　　Respondent-Appellee.

--------------------

Appeal from the United States District Court
for the Southern District of Texas

--------------------

O R D E R:

　　Armando Ramos, Texas prisoner # 544522, seeks a certificate of appealability ("COA") to appeal the district court's summary-judgment dismissal of his 28 U.S.C. § 2254 petition for a writ of habeas corpus in which Ramos raises the following grounds for relief: he was deprived of his right to confront and cross-examine witnesses; prosecutorial misconduct; ineffective assistance of counsel; and denial of due process because the trial court ordered his 50-year sentences to run consecutively.

O R D E R
No. 00-40160
- 2 -

To obtain a COA, Ramos must make a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2); <u>Slack v. McDaniel</u>, 529 U.S. 473, 484 (2000). "Under that standard, an applicant makes a substantial showing when he demonstrates that his application involves issues that are debatable among jurists of reason, that another court could resolve the issues differently, or that the issues are suitable enough to deserve encouragement to proceed further." <u>Hernandez v. Johnson</u>, 213 F.3d 243, 248 (5th Cir. 2000) (discussing <u>Slack</u>). "Where a district court has rejected the constitutional claims on the merits . . . [t]he petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." <u>Slack</u>, 529 U.S. at 484.

Ramos has not shown that reasonable jurists would find the district court's rejection of his constitutional claims debatable or wrong. COA is DENIED.

_____
PATRICK E. HIGGINBOTHAM
UNITED STATES CIRCUIT JUDGE

A true copy
Test
Clerk, U. S. Court of Appeals, Fifth Circuit
By _____
Deputy
New Orleans, Louisiana  3/7/01